# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff/Respondent, <br> vs. <br><br> SAMUEL LLANES-ROSALES, <br><br> Defendant/Movant. | CASE NO. 07cv2286 JM <br> CRIM. NO. 07cr1556 JM <br><br> ORDER DENYING MOTION BROUGHT PURSUANT TO 28 U.S.C. § 2255 |

On or about December 5, 2007 Defendant Samuel Llanes-Rosales filed a motion brought pursuant to 28 U.S.C. §2255 wherein he objects to the imposition of supervised release as part of his sentence. Pursuant to the Plea Agreement, Defendant waived his right to appeal or to collaterally attack his sentence. (Docket No. 20, Section XI). As Defendant validly waived his right to collaterally attack his sentence, United States v. Bibler, 495 F.3d 621 (9th Cir. 2007), the motion brought pursuant to 28 U.S.C. §2255 is denied. The Clerk of Court is instructed to close the file.

**IT IS SO ORDERED.**

DATED: December 10, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge