# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>　vs.<br>SAMUEL LLANES-ROSALES<br><br>　　　　　　　　　　　Defendant. | CASE NO. 07cr1556 JM<br><br>ORDER DENYING MOTION FOR SPEEDY DISPOSITION AS PREMATURELY FILED |

　　　Defendant Samuel Llanes-Rosales is presently serving the four-year custodial sentence imposed in this case, with an anticipated release date of November 15, 2010. The present motion seeks the speedy resolution of an immigration detainer lodged against him. (Motion Exh. C). While the exhibits attached to the motion clearly indicate that an "Immigration Detainer" has been lodged against him, id., one document indicates that the detainer was lodged against him because of a "Supervised Release Violation." (Motion Exh. B). In the motion, Defendant expresses his desire to be immediately removed from the country upon completion of his custodial sentence, without having to first respond to the "Supervised Release Violation."

　　　The court denies the motion as prematurely filed. To the extent a "Supervised Release Violation" has occurred, the court notes that it cannot arise from this case because Defendant's term of supervised release has yet to commence. In the event a detainer has been lodged against Defendant because of a supervised release violation, Defendant should seek relief from the court that imposed the term of supervised release.

In sum, the court denies the motion as prematurely filed because this court has not lodged a supervised release detainer against Defendant.

**IT IS SO ORDERED.**

DATED: May 3, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All parties